# STONEFIELD

March 18, 2022

Howard T. Phillips, Jr., Supervisor
Town of Haverstraw Town Board
1 Rosman Road
Garnerville, New York, 10923

**RE: On-Street Parking Recommendation Letter**
    **62 Riverglen Drive**
    **Proposed Synagogue – Bnei Torah**
    **Section 25.12, Block 1, Lot 31**
    **Town of Haverstraw, Rockland County, New York**
    **SE&D Job No. NYC-220034**

Dear Supervisor Phillips and Members of the Town Board:

Stonefield Engineering and Design, LLC ("Stonefield") has reviewed the above referenced application for Preliminary and Final Site Plan Approval. The purpose of the subject memo is to inform the Town Board of the recommended mitigation measures to offset a potential on-street parking impact associated with the subject application. The recommended mitigation measures include changes to on-street parking regulations which are under the jurisdiction of the Town Board.

It is important to note that Riverglen Drive is a 30-foot-wide two-way roadway. For the Board's edification, standard lanes of travel are 10' to 12' wide per direction. A 24-foot-wide roadway is typical for two-way travel as there is sufficient width for one (1) 12-foot-wide lane in each direction. Riverglen Drive being a 30-foot-wide roadway is indicative of a standard residential roadway in the Town of Haverstraw since it can accommodate two-way travel and an additional 6' of width. This additional width is commonly used for on-street parking, leaf piles, snow piles, etc. which are typically temporary and do not have a significant adverse impact on two-way traffic. However, if on-street parking were to be utilized on both sides of the street, the overall width of the traveled way is much reduced. For reference, on-street parking typically accounts for the first 8' of roadway width measured off the face of the curb. If on-street parking is utilized on both sides of Riverglen Drive, the 30-foot-wide roadway is reduced to only a 14-foot-wide traveled way. This can be problematic for two-way traffic since there is not enough width to pass oncoming vehicles safely. Therefore, it is Stonefield's recommendation that on-street parking be prohibited on one (1) side of Riverglen Drive between Dawson Road and Dunnigan Drive such that the aforementioned condition is less likely to occur. Furthermore, it is Stonefield's recommendation that on-street parking be permitted on the westerly side of Riverglen Drive (along the site frontage of 62 Riverglen Drive) and prohibited along the easterly side. This configuration would encourage synagogue congregants who have departed their vehicles to walk along the west side of the street to directly access the synagogue and limit the overall volume of street crossings. Please refer to the enclosed exhibit which summarizes the recommended mitigations.

Additionally, given the nature of the proposed application which calls for the conversion of the existing residence into a place of public assembly with a capacity of 107 occupants, it is important that the proposed building be adequately served by emergency services. Please refer to the following except from the Town of Haverstraw Fire Prevention & Building Construction Code §84-25(B):

*"The Firesafety Inspector shall have the authority to designate emergency fire lanes on any street or access, public or private, which street serves multiple dwellings, shopping centers, industrial sites or places of public assembly, and to lane said streets to provide for access of fire equipment or to prevent parking on any such street to permit access of fire equipment. The Firesafety Inspector shall notify the town clerk, in writing, of such fire lane designations, and the town clerk shall notify the town superintendent of highways as to which street or streets shall be so marked for fire lanes. The Firesafety Inspector shall also have the authority to notify the owner of such street to mark such streets pursuant to the order of the Firesafety Inspector at the owner's cost and expense. If such markings shall be made by the town highway superintendent, the cost of the same may be a charge upon said owner as though a tax or special assessment. In addition, as to any private or public property on which shall be located multiple dwellings containing more than six dwelling units or where there is a shopping center, industrial use or place of public assembly, the Firesafety Inspector may designate areas therein for fire lanes for the entry and egress in fighting fires as he shall deem necessary, and he shall notify the owner of said land of his determination."*

**EXHIBIT 3**

Therefore, it is recommended that a fire lane be installed along Riverglen Drive in front of the subject site. As shown in the enclosed exhibit, a 40-foot-long section of roadway north of the proposed driveway would be striped as a fire lane and would best serve the proposed building for emergency services.

Per New York State Vehicle & Traffic Law §1202-1(C), on-street parking is prohibited within intersections. Therefore, in order to promote orderly on-street parking, it is recommended that signage be installed along Riverglen Drive proximate to the intersection with Dawson Road such that on-street parking is more clearly prohibited in the intersection.

Per New York State Vehicle & Traffic Law §1202-2(C), on-street parking is prohibited within 30' of stop signs. Therefore, in order to promote orderly on-street parking, it is recommended that signage be installed along Riverglen Drive proximate to the intersections of Riverglen Drive and Dawson Road and Riverglen Drive and Dunnigan Drive such that on-street parking is more clearly prohibited in close proximity to the existing stop signs. Please refer to the enclosed exhibit which summarizes the recommended mitigations.

As shown in the enclosed exhibit, there would be on-street parking capacity for approximately 12 vehicles on Riverglen Drive between Dawson Road and Dunnigan Drive if the recommended mitigation plan were to be executed. Since there are 27 off-street spaces proposed, an additional 12 on-street spaces would bring the parking total to 39 parking spaces in the site vicinity. Please note that the on-street parking spaces would not be exclusively dedicated to the synagogue but would be available for public use. With 107 total occupants and parking for 39 vehicles, the vehicle occupancy of the proposed synagogue would be 2.75 congregants per vehicle. This indicates that if everyone drives to the synagogue and carpools with at least one (1) or two (2) other people, it can be expected that there would be about 39 vehicles generated. For reference, the Town of Haverstraw Zoning Code requires one (1) parking stall per four (4) occupants and conversely, a vehicle occupancy ratio of 4 people per car. Note that this also assumes all congregants drive. The applicant has made the representation that the subject site is strategically located such that it is more conveniently located for its congregants to walk in comparison with the current location at 130 West Ramapo Road. Therefore, the subject parking analysis is likely conservative as a portion of the congregation would be more inclined to walk in the future.

Should you have any questions regarding the submission items or responses above please do not hesitate to contact our office.

Regards,

Andrew J. Villari, PE
**Stonefield Engineering and Design**

cc: Town of Haverstraw Planning Board

Z:\LIC\NYC\2022\NYC-220034 Town of Haverstraw - 62 Riverglen Drive, Haverstraw NY\Calculations & Reports\Traffic\Reports\2022-03 Letter to Town Board with Reccomendations\2022-03-17_Traffic Reccomendation Letter.docx

PAGE | 2